BEAM v. BEAM

[325 N.C. 428 (1989)]

———————————

EVANGELINE G. BEAM v. PAUL H. BEAM AND BEAM ELECTRIC COMPANY

No. 33A89

(Filed 5 October 1989)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 92 N.C. App. 509, 374 S.E.2d 636 (1988), reversing an order of summary judgment for defendants entered by *Snepp, J.*, on 7 December 1987 in Superior Court, MECKLENBURG County. On 2 March 1989 this Court allowed defendants' petition for review of additional issues. Heard in the Supreme Court 13 September 1989.

BRANDT v. BRANDT

[325 N.C. 429 (1989)]

*Jean B. Lawson for plaintiff-appellee.*

*Tucker, Hicks, Hodge and Cranford, P.A., by Warren C. Stack, Fred A. Hicks and Edward P. Hausle, for defendant-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Greene, J., the decision of the Court of Appeals is reversed. The cause is remanded to the Court of Appeals for further remand to the Superior Court, Mecklenburg County, for reinstatement of the order of summary judgment in favor of defendants.

Reversed and remanded.